UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THE UNITED STATES OF AMERICA )
for the use of K & K ACOUSTICAL )
CEILINGS, INC., )
    Plaintiff )
)
v. ) CIVIL ACTION NO:
)
HOON COMPANIES, INC., )
PEABODY CONSTRUCTION COMPANY, INC., )
O.D.F. CONTRACTING CO., INC., )
AND TRAVELERS CASUALTY AND SURETY )
COMPANY OF AMERICA, )
    Defendants )

05 - 11828 JLT

## COMPLAINT

### I. PRELIMINARY STATEMENT

This is a civil action brought by Plaintiff, K & K Acoustical Ceilings, Inc. pursuant to the Miller Act, 40 U.S.C. section 270a-e, to collect monies owed to it by defendants, Hoon Companies, Inc., Peabody Construction Company, Inc., O.D.F. Contracting Co., Inc., and Travelers Insurance Co. The action arises out of a construction project known as Academy Homes, II located in Boston, Suffolk County, Massachusetts. Plaintiff seeks a Judgment against defendants Hoon Companies, Inc., Peabody Construction Company, Inc., O.D.F. Contracting Co., Inc., and surety defendant Travelers Insurance Co. in the amount of $7,850.00 plus interest, costs and reasonable attorneys fees.

### II. JURISDICTION

1. The jurisdiction of this court is invoked pursuant to 40 U.S.C. §270b(b) and 28 U.S.C. §1331.

### III. PARTIES

2. The plaintiff, K & K Acoustical Ceilings, Inc., ("K & K") is a corporation duly organized under the laws of the Commonwealth of Massachusetts with a place of business in Tewksbury, Middlesex County, Massachusetts.

3. The defendant, Hoon Companies, Inc., is a corporation organized under the laws of the Commonwealth of Massachusetts, with a place of business in Boston, Suffolk County, Commonwealth of Massachusetts.

4. The defendant, Peabody Construction Co., Inc., is a corporation organized under the laws of the Commonwealth of Massachusetts, with a place of business in Braintree, Norfolk, County, Commonwealth of Massachusetts.

5. The defendant, O.D.F. Contracting Co., Inc., is a corporation organized under the laws of the Commonwealth of Massachusetts, with a place of business in Boston, Suffolk County, Commonwealth of Massachusetts.

6. The defendant, Travelers Casualty and Surety Company of America ("Travelers"), is an entity doing business in the Commonwealth of Massachusetts.

## IV. FACTS COMMON TO ALL COUNTS

7. The defendant Peabody Construction Company, Inc., defendant O.D.F. Contracting Co., Inc., and defendant Hoon Companies, Inc., (hereinafter collectively referred to as "JV") are engaged in a Joint Venture concerning a construction project known as Academy Homes, II (hereafter the "Project") located in Boston, Suffolk County, Commonwealth of Massachusetts.

5. Defendant, Travelers was at all times herein-mentioned, and is the surety under said contract, and has heretofore furnished a Payment Bond.

## COUNT I

9. The plaintiff repeats and realleges paragraphs 1-8 as if expressly rewritten and set forth herein.

10. On or about May 2001, defendant JV, entered into an agreement with plaintiff whereby plaintiff would furnish materials to defendant JV in connection with the construction of the Project.

11. The plaintiff has fully performed all obligations under said contract with the defendant.

12. The defendant JV has not paid the plaintiff the sum of $7,850.00.

13. Despite plaintiff's repeated requests for payment, the defendant JV has failed to make payment of the amount due.

WHEREFORE, the plaintiff, K & K Acoustical Ceilings, Inc., demands judgment against the defendants, Peabody Construction Company, Inc., O.D.F. Contracting Co., Inc., and Hoon Companies, Inc., jointly and severally, in the amount of $7,850.00 together with interest, reasonable attorneys' fees, court costs and for such other and further relief as this Court may deem proper.

## COUNT II

14. The plaintiff repeats and realleges paragraphs 1-13 as if expressly rewritten and set forth herein.

15. From May 2001, plaintiff furnished materials to defendant JV, in connection with defendant's request for said materials for use in the construction of the Project.

16. The reasonable value of the materials provided by the plaintiff to the defendant, and which has not been paid is $7,850.00.

17. Despite plaintiff's repeated requests for payment, the defendant has failed to make payment of the amount due.

WHEREFORE, the plaintiff K & K Acoustical Ceilings, Inc., demands judgment against the defendants, Peabody Construction Company, Inc., O.D.F. Contracting Co., Inc., and Hoon Companies, Inc., jointly and severally, in the amount of $7,850.00, together with interest, reasonable attorneys' fees, court costs and for such other and further relief as this Court may deem proper.

## COUNT III

18. The plaintiff repeats and realleges paragraphs 1-17 as if expressly rewritten and set forth herein.

19. Defendant Travelers is the surety company obtained by defendant JV, in connection with the construction of the Academy Homes, II, project in Boston, Suffolk County, Commonwealth of Massachusetts.

20. Defendant Travelers did, and does provide the security obtained in connection with the Project in the form of a payment bond.

21. The amount due plaintiff on said project is $7,850.00.

22. Defendant Travelers as surety and pursuant to said payment bond, are liable to plaintiff for $7,850.00.

WHEREFORE, the plaintiff K & K Acoustical Ceilings, Inc., demands judgment against defendant Travelers Casualty and Surety Company of America, in the sum of $7,850.00, together with interest, costs, reasonable attorneys fees and such other and further relief as this Court deems just.

K & K ACOUSTICAL CEILINGS, INC.,
By its attorney,

_____
Robert W. Hurwitz, BBO# 245810
Wayne, Richard & Hurwitz LLP
One Boston Place
Boston, MA  02108
(617) 720-7870

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) THE UNITED STATES OF AMERICA FOR THE USE OF K & K ACOUSTICAL CEILINGS, INC. v. HOON COMPANIES, INC.

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet.  (See local rule 40.1(a)(1)).

    ☐  I.    160, 410, 470, 535, R.23, REGARDLESS OF NATURE OF SUIT.

    ☐  II.   195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730,    *Also complete AO 120 or AO 121
              740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.            for patent, trademark or copyright cases

    ☒  III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
              315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
              380, 385, 450, 891.

    ☐  IV.   220, 422, 423, 430, 460, 480, 490, 510, 530, 610, 620, 630, 640, 650, 660,
              690, 810, 861-865, 870, 871, 875, 900.

    ☐  V.    150, 152, 153.

    05 - 11828 JLT

3. Title and number, if any, of related cases.  (See local rule 40.1(g)).  If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

    _____

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
                                                                                    YES ☐    NO ☒

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest?   (See 28 USC §2403)
                                                                                    YES ☐    NO ☒
    If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
                                                                                    YES ☐    NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
                                                                                    YES ☐    NO ☒

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
                                                                                    YES ☒    NO ☐

    A.   If yes, in which division do all of the non-governmental parties reside?

         Eastern Division  ☒        Central Division  ☐        Western Division  ☐

    B.   If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

         Eastern Division  ☐        Central Division  ☐        Western Division  ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
                                                                                    YES ☐    NO ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME  Robert W. Hurwitz
ADDRESS  Wayne, Richard & Hurwitz LLP, One Boston Place, Boston MA 02108
TELEPHONE NO.  617-720-7870

(CategoryForm.wpd - 5/2/05)

%JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
THE UNITED STATES OF AMERICA FOR THE USE OF K & K ACOUSTICAL CEILINGS, INC.

**DEFENDANTS** HOON COMPANIES, INC., PEABODY CONSTRUCTION COMPANY, INC., BOYD CONTRACTING CO., INC., AND TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  SUFFOLK
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Robert W. Hurwitz    Tel: 617-720-7870
Wayne, Richard & Hurwitz LLP
One Boston Place, Boston MA 02108

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT:** [X] 130 Miller Act

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
40 U.S.C. §270(b)
Brief description of cause:
Miller Act claim for labor and materials provided

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 7,850.00
JURY DEMAND: [ ] Yes [X] No

## VIII. RELATED CASE(S) IF ANY
JUDGE _____  DOCKET NUMBER _____

DATE  9/6/05
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # ___  AMOUNT ___  APPLYING IFP ___  JUDGE ___  MAG. JUDGE ___