UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THE UNITED STATES OF AMERICA<br>for the use of K & K ACOUSTICAL<br>CEILINGS, INC.,<br>     Plaintiff<br><br>v.<br><br>HOON COMPANIES, INC.,<br>PEABODY CONSTRUCTION COMPANY, INC.,<br>O.D.F. CONTRACTING CO., INC.,<br>AND TRAVELERS CASUALTY AND SURETY<br>COMPANY OF AMERICA ,<br>     Defendants | CIVIL ACTION NO: 05-11828 JLT |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(i), the plaintiff discontinues the above-entitled action and dismisses the complaint with prejudice.

K & K ACOUSTICAL CEILINGS, INC.,
By his attorney,

_____
Robert W. Hurwitz, BBO # 245810
Wayne, Richard & Hurwitz LLP
One Boston Place
Boston, MA  02108
(617) 720-7870

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon each party appearing pro se and the attorney of record for each other party by mail (by hand) on 1/25/06